IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ELLIS GOODMAN,<br><br>            Plaintiff,<br><br>   vs.<br><br>LIBERTY MUTUAL INSURANCE COMPANY,<br><br>            Defendant. | **8:21CV84**<br><br>**ORDER** |

    IT IS ORDERED:

1) The parties' joint stipulation, (Filing No. 14), is approved as follows.

    a. The named defendant is now Ohio Security Insurance Company;

    b. the caption on all docket filings hereafter shall reflect this substitution of parties; and

    c. the clerk shall correct the court's docket accordingly.

2) The corporate disclosure statement for Ohio Security Insurance Company shall be filed on or before April 28, 2021.

Dated this 14th day of April, 2021.

                                                            BY THE COURT:

                                                            *s/ Cheryl R. Zwart*
                                                             United States Magistrate Judge