IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ELLIS GOODMAN,<br><br>            Plaintiff,<br><br>    vs.<br><br>OHIO SECURITY INSURANCE COMPANY,<br><br>            Defendant. | **8:21CV84**<br><br>**ORDER** |

IT IS ORDERED that the motion to withdraw filed by Thomas E. Horgan, as counsel of record for Defendant, (Filing No. 24), is granted. Thomas E. Horgan shall no longer receive electronic notice in this case.

Dated this 8th day of September, 2021.

                                    BY THE COURT:

                                    *s/ Cheryl R. Zwart*
                                    United States Magistrate Judge