IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ELLIS GOODMAN,<br><br>    Plaintiff,<br><br>vs.<br><br>OHIO SECURITY INSURANCE COMPANY,<br><br>    Defendant. | **8:21CV84**<br><br>**FINAL PROGRESSION ORDER (AMENDED)** |

IT IS ORDERED that the parties joint motion to continue is granted. (Filing No. 40). The unexpired deadlines in the final progression order are amended as follows:

1) The deadline for identifying expert witnesses expected to testify at the trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), is July 5, 2022.

2) The deadline for complete expert disclosures for all experts expected to testify at trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), is July 21, 2022:

3) The deposition deadline, including but not limited to depositions for oral testimony only under Rule 45, is August 29, 2022.

4) The deadline for filing motions to dismiss and motions for summary judgment is September 19, 2022.

5) The deadline for filing motions to exclude testimony on *Daubert* and related grounds is September 12, 2022.

6) Motions in limine shall be filed seven days before the pretrial conference. It is not the normal practice to hold hearings on motions in limine or to rule on them prior to the first day of trial. Counsel should plan accordingly.

7) The parties shall comply with all other stipulations and agreements recited in their Rule 26(f) planning report that are not inconsistent with this order.

8)     All requests for changes of deadlines or settings established herein shall be directed to the undersigned magistrate judge, including all requests for changes of trial dates. Such requests will not be considered absent a showing of due diligence in the timely progression of this case and the recent development of circumstances, unanticipated prior to the filing of the motion, which require that additional time be allowed.

Dated this 29th day of March, 2022.

                                    BY THE COURT:

                                    *s/ Cheryl R. Zwart*
                                    United States Magistrate Judge