IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ELLIS GOODMAN,<br><br>    Plaintiff,<br><br> vs.<br><br>OHIO SECURITY INSURANCE COMPANY,<br><br>    Defendant. | **8:21CV84**<br><br>**ORDER** |

  Upon notice that Plaintiff, Ellis Goodman d/b/a Bedford Partners is now deceased, (Filing No. 68),

  IT IS ORDERED:

  1) The Plaintiff's motion, (Filing No. 69), is granted as follows.

    a. The named plaintiff is now Heather Goodman, Personal Representative of the Estate of Ellis Goodman;

    b. the caption on all docket filings hereafter shall reflect this substitution of parties; and

    c. the clerk shall correct the court's docket accordingly.

  2) The clerk shall terminate Filing No. 68 as a motion.

Dated this 12th day of September, 2022.

            BY THE COURT:

            *s/ Cheryl R. Zwart*
            United States Magistrate Judge